RUSS, AUGUST & KABAT

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TRAVISMATHEW, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LEISURE SOCIETY UNLIMITED, LLC, a California limited liability company; TRAVIS JOHNSON, an individual,<br><br>Defendants. | SACV12-213 JGB (MLGx)<br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION** |
| TRAVIS JOHNSON, an individual,<br><br>Counterclaimant,<br><br>TRAVISMATHEW, LLC, a California limited liability company,<br><br>Counter Defendant. | |

1  Having reviewed and considered the stipulation of the parties for dismissal of all claims and all counterclaims in this action without prejudice and finding good cause thereon,

IT IS ORDERED that this action be dismissed in its entirety as to all parties, all claims and all counterclaims without prejudice, with each party to bear its own costs and fees incurred against one another.

IT IS SO ORDERED.

Dated: 2/5/13

_____
Honorable Jesus G. Bernal

# CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2013 the foregoing document described as **[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ACTION** was filed electronically via the Court's Electronic Case Filing System (ECF). Notice of the filing is being served upon all counsel of record automatically through Notice of Electronic Filing.

/s/ *Irene Y. Lee*

Russ, August & Kabat

3294-005 130109 PO Joint Stip Dismissal.doc

3

**[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ACTION**